**Order entered December 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00263-CR

**CLEAVEN WADE III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-83322-2015**

# ORDER

Before the Court is court reporter Indu Bailey's December 16, 2019 letter informing the Court that although she has completed the reporter's record, she has not filed it because there is a balance outstanding.

The record in this case was initially due <u>April 21, 2019</u>. Three weeks later, appellant hired new counsel. Over the following three months, the Court communicated with appellant and Ms. Bailey about the status of the reporter's record and the payment for the same. In August, appellant's retained counsel certified that appellant "has paid Indu Bailey for the transcript in this case." We then ordered the reporter's record filed by September 20, 2019. On September 10, 2019, Ms. Bailey informed the Court she would not be able to file the reporter's record before she left on vacation beginning September 19 and that she would not be back until

November 11, 2019. As a result, we ordered the reporter's record filed by November 22, 2019. On November 18, 2019, Ms. Bailey filed another request for extension of time. We granted the motion and ordered the reporter's record filed by 5:00 p.m. on December 13, 2019, cautioning Ms. Bailey that the failure to file the reporter's record by that time would result in her being ordered not to sit until the complete reporter's record is filed. On December 16, 2019 at 8:21 p.m., Ms. Bailey's letter informing the Court for the first time that a balance was outstanding was uploaded to the Court's portal.

This case cannot proceed without the reporter's record being filed. We **ORDER** the trial court to hold a hearing, **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER**, at which court reporter Indu Bailey and retained counsel Leslie Rebescher are present to determine (1) whether appellant has paid in full for the reporter's record, (2) if not, when appellant will pay for the record, and (3) when the reporter's record will be filed.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Indu Bailey, official court reporter, 219th Judicial District Court; and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
JUSTICE